# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLORIFINA TRINIDAD,
Appellant,

vs.

THE BANK OF NEW YORK MELLON,
AS TRUSTEE FOR CIT MORTGAGE
LOAN TRUST 2007-1,
Respondent.

No. 73769

FILED

NOV 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On September 26, 2017, this court entered an order instructing appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

cc:  Hon. Ronald J. Israel, District Judge
Glorifina Trinidad
Tiffany & Bosco, P. A.
Eighth District Court Clerk

17-39390